FILED
CLERK, U.S. DISTRICT COURT

6/30/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
MAX A. SHAPIRO (Cal. Bar No. 334929)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7419
     Facsimile: (213) 894-0141
     E-mail:    max.shapiro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:25-CR-00540-JLS |
|---|---|
| Plaintiff, | PLEA AGREEMENT FOR DEFENDANT EDWARD HELDMAN III |
| v. | |
| EDWARD HELDMAN III, | |
| Defendant. | |

1.   This constitutes the plea agreement between EDWARD HELDMAN III ("defendant") and the United States Attorney's Office for the Central District of California (the "USAO") in the investigation of criminal contempt.  This agreement is limited to the USAO and cannot bind any other federal, state, local, or foreign prosecuting, enforcement, administrative, or regulatory authorities.

DEFENDANT'S OBLIGATIONS

2.   Defendant agrees to:

     a.   Give up the right to indictment by a grand jury and, at the earliest opportunity requested by the USAO and provided by the Court, appear and plead guilty to a sixteen-count information in the

form attached to this agreement as Exhibit A or a substantially similar form, which charges defendant with Criminal Contempt in violation of 18 U.S.C. § 401(3).

        b.   Not contest facts agreed to in this agreement.

        c.   Abide by all agreements regarding sentencing contained in this agreement.

        d.   Appear for all court appearances, surrender as ordered for service of sentence, obey all conditions of any bond, and obey any other ongoing court order in this matter.

        e.   Not commit any crime; however, offenses that would be excluded for sentencing purposes under United States Sentencing Guidelines ("U.S.S.G." or "Sentencing Guidelines") § 4A1.2(c) are not within the scope of this agreement.

        f.   Be truthful at all times with the United States Probation and Pretrial Services Office and the Court.

        g.   Pay the applicable special assessment at or before the time of sentencing unless defendant has demonstrated a lack of ability to pay such assessments.

        h.   Agree to and not oppose the imposition of the following conditions of probation or supervised release:

           i.   Defendant shall undergo available medical, psychiatric, or psychological treatment, including treatment for drug or alcohol dependency, as specified by the Court, and remain in a specified institution if required for that purpose.

           ii.  Defendant shall not knowingly contact, or attempt to contact, M.K. (the "Victim"), or M.K.'s family or employees, including but not limited to parents, siblings, other relatives, or any spouse (all whether existing now or during the pendency of any

2

1 term of supervised release, and collectively "the Victim's Family and

2 Employees"), directly or indirectly by any means, including but not

3 limited to in person, by mail, telephone, email, text message, or

4 other electronic means, or through a third party.  For the avoidance

5 of doubt, formal court filings through PACER are not to be considered

6 contacts for purposes of this term of supervision;

7             iii. Defendant shall not, either directly or

8 indirectly, attempt to locate the Victim or the Victim's Family or

9 Employees, or attempt to obtain information concerning the

10 whereabouts, phone numbers, email addresses, or other personal

11 identifiers of the Victim or the Victim's Family or Employees.

12             i.   Except for criminal tax violations (including

13 conspiracy to commit such violations chargeable under 18 U.S.C.

14 § 371), not further criminally prosecute defendant for violations of

15 18 U.S.C. §§ 875(c), 2261A(2)(B), and 2261(b)(5) arising out of

16 defendant's conduct described in the agreed-to factual basis set

17 forth in paragraph 10 below.  Defendant understands that the USAO is

18 free to criminally prosecute defendant for any other unlawful past

19 conduct or any unlawful conduct that occurs after the date of this

20 agreement.  Defendant agrees that at the time of sentencing the Court

21 may consider the uncharged conduct in determining the applicable

22 Sentencing Guidelines range, the propriety and extent of any

23 departure from that range, and the sentence to be imposed after

24 consideration of the Sentencing Guidelines and all other relevant

25 factors under 18 U.S.C. § 3553(a).

26                    THE USAO'S OBLIGATIONS

27      3.   The USAO agrees to:

28           a.   Not contest facts agreed to in this agreement.

3

1          b.    Abide by all agreements regarding sentencing contained
2  in this agreement.

3          c.    At the time of sentencing, provided that defendant
4  demonstrates an acceptance of responsibility for the offenses up to
5  and including the time of sentencing, recommend a two-level reduction
6  in the applicable Sentencing Guidelines offense level, pursuant to
7  U.S.S.G. § 3E1.1, and recommend and, if necessary, move for an
8  additional one-level reduction if available under that section.

9          d.    Not seek a sentence of imprisonment above the high end
10 of the applicable Sentencing Guidelines range, provided that the
11 offense level used by the Court to determine that range is
12 consistent with paragraphs 11-12.  For purposes of this agreement,
13 the high end of the Sentencing Guidelines range is that defined by
14 the Sentencing Table in U.S.S.G. Chapter 5, Part A.

15                          NATURE OF THE OFFENSE

16     4.    Defendant understands that for defendant to be guilty of
17 Criminal Contempt in violation of 18 U.S.C. § 401(3), the following
18 must be true:

19          a.    There was a clear and definite Court order;

20          b.    Defendant knew of the Court order; and

21          c.    Defendant willfully disobeyed the Court order.

22                              PENALTIES

23     5.    Defendant understands there is no statutory maximum
24 sentence of imprisonment that the Court can impose for each violation
25 of Title 18, United States Code, Section 401(3).  Defendant also
26 understands that the statutory maximum sentence the Court can impose
27 for each violation of Title 18, United States Code, Section 401(3) is
28 a three-year period of supervised release; a fine of $250,000 or

                                   4

twice the gross gain or gross loss resulting from the offense, whichever is greatest; and a mandatory special assessment of $100.[1]

6.   Defendant understands, therefore, that the total maximum sentence for all offenses to which defendant is pleading guilty is: lifetime imprisonment; a three-year period of supervised release; a fine of $4,000,000 or twice the gross gain or gross loss resulting from the offenses, whichever is greatest; and a mandatory special assessment of $1,600.  See also Par. 3(d).

7.   Defendant understands that supervised release is a period of time following imprisonment during which defendant will be subject to various restrictions and requirements.  Defendant understands that if defendant violates one or more of the conditions of any supervised release imposed, defendant may be returned to prison for all or part of the term of supervised release authorized by statute for the offense that resulted in the term of supervised release.

8.   Defendant understands that, by pleading guilty, defendant may be giving up valuable government benefits and valuable civic rights, such as the right to vote, the right to possess a firearm, the right to hold office, and the right to serve on a jury. Defendant understands that he is pleading guilty to a felony and that it is a federal crime for a convicted felon to possess a firearm or ammunition.  Defendant understands that the convictions in this case may also subject defendant to various other collateral consequences, including but not limited to revocation of probation, parole, or

---

[1] Defendant understands that the statutory maximum of the most analogous offense determines the class of felony for purposes of 18 U.S.C. § 3559(a).  See United States v. Broussard, 611 F.3d 1069, 1073 (9th Cir. 2010).The parties agree the most analogous offense is interstate threats, in violation of 18 U.S.C. § 875(c).

1    supervised release in another case and suspension or revocation of a

2    professional license.  Defendant understands that unanticipated

3    collateral consequences will not serve as grounds to withdraw

4    defendant's guilty pleas.

5         9.   Defendant understands that, if defendant is not a United

6    States citizen, the felony convictions in this case may subject

7    defendant to: removal, also known as deportation, which may, under

8    some circumstances, be mandatory; denial of citizenship; and denial

9    of admission to the United States in the future.  The Court cannot,

10   and defendant's attorney also may not be able to, advise defendant

11   fully regarding the immigration consequences of the felony

12   convictions in this case.  Defendant understands that unexpected

13   immigration consequences will not serve as grounds to withdraw

14   defendant's guilty pleas.

15                             FACTUAL BASIS

16        10.  Defendant admits that defendant is, in fact, guilty of the

17   offenses to which defendant is agreeing to plead guilty.  Defendant

18   and the USAO agree to the statement of facts provided below and agree

19   that this statement of facts is sufficient to support pleas of guilty

20   to the charges described in this agreement and to establish the

21   Sentencing Guidelines factors set forth in paragraph 12 below but is

22   not meant to be a complete recitation of all facts relevant to the

23   underlying criminal conduct or all facts known to either party that

24   relate to that conduct.

25        Beginning no later than November 16, 2024, and continuing

26   through to March 26, 2025, defendant willfully disobeyed court orders

27   when he knowingly sent threatening or harassing messages to victim

28   M.K. and others in Los Angeles County, within the Central District of

6

California.  Victim M.K. represented the plaintiff in a civil lawsuit
filed against defendant in <u>Beyond Blonde Productions, LLC v. Edward
Heldman III, et al.</u>, Case No. 20-cv-5581-DSF (GJSx).  In that case,
the United States District Court for the Central District of
California (the "District Court") issued two clear and definite
orders to defendant.  Specifically, on June 17, 2022, the District
Court issued an order instructing defendant to not "send[]
threatening or harassing emails to [M.K.] or others at his law firm."
Additionally, on March 25, 2024, the District Court issued a second
order, admonishing defendant that any further violations of its June
17, 2022 order "will result in in a referral to the United States
Attorney's Office for criminal contempt proceedings."  Defendant knew
of these orders and agrees that they were clear and definite.

     Despite knowing of the orders, defendant willfully disobeyed
them when he sent harassing and threatening email messages and a
video to Victim M.K. and others as follows:

- On November 16, 2024, defendant sent a threatening or
  harassing e-mail message to M.K. stating: "Your retaliation
  was not the surprise of the century, a man is who lead by
  Satan will not change unless my God decides to do so.  When
  you die, if in sin, you face a greater punishment than I can
  ever give you. . . . You persecute me, you seek to destroy
  me, you follow your father the Devil."

- On February 5, 2025, defendant sent a threatening or
  harassing e-mail message to M.K. and others stating: "You
  claim you're a Muslim (never even knew you had a religion, as
  pointed out in prior witnessing for Christ emails) rejecting
  Christ? We are NOT the ones who kill homosexuals - maybe you
  should tell your clients what your people practice."

- On February 5, 2025, defendant sent a threatening or
  harassing e-mail message to M.K. and others stating: "You
  want my companies, you want me penniless person homeless,
  destroyed and to die. You pray to your god to kill me. Yet I
  am to believe this email was sent by the most evil person (so
  much I compared to the Nazis) that I have encountered in my
  52 years? Psalm 71 speaks the prophecy of what will happen if
  you continue to challenge my God and me who is in Him. You

cannot defeat my God, for he has eyes and can see and ears that can hear and a mouth that could speak and created both you and I.  If not for my God, you would have no authority over me. It was given to you from above that you may hear the words of Christ which you reject, but now you have no excuse the day you go before Him that you've never heard His words. Christians were burned alive as human torches by Nero, Fed to Lions, Jews were gassed and both horribly tortured. I am far from afraid of you. You are a mortal man who has been given NO authority to take my life! . . . This reply you sent me is a sham, clearly a lie and just an excuse that you sent this email toward me about some how helping me, with a warning about filing. Do you wish to have a debate about the true God, my God versus your god ? We can't, because your god will not and cannot win. You will see all of this come to pass at the end of this case, which won't last as long as you think it will."

- On February 10, 2025, defendant sent a threatening or harassing e-mail message to M.K. stating, among other things:

    a.    "You really ARE Roy Cohn"

    b.    "FYI Meir is right Cohn was gay and Jewish. He changed his name to make it NOT Jewish, sound familiar? (Changing name to NOT sound Muslim?) FYI no Muslims or Armenians nae their kids 'Milord' (pronounced mi 'lord a British title) even worse no one even had that name because they know it's a title. An Armenian Muslims would not – were you even born here? Ottoman Empire etc. Obviously if the Judge and your Gay Clients knew this – things would not be good, would the Otherwise why hide it?"

    c.    "I can hire and pay a PI to get to the bottom of this and legally and freely expose you. Remember I am AN American under my country – not yours!"

    d.    "I know this will ALL come out in court knowing you w/bogus sanctions, I am attacking Muslims now right? WRONG! I am witnessing for Yeshua and exposing you for a fraud. Did your father or mother name you 'Milord'? You've been a witness so I have the right to depo you too!"

- On February 10, 2025, defendant sent a threatening or harassing e-mail message to M.K. stating: "FYI I do love you Milord (not your real name) and I pray for you. One day I truly believe Christ will reveal Himself to you just as He did to me, one who's ancestors had Him killed[.] . . . Your religion is wrong and your prophet is dead like all cults, false teacher and prophets. See Galatians 1:6-12. I of all I am the lowest part of His body but yet he chose me. You're right I am scum, an alcoholic etc. (those your lies come from Shaitan (Satan) and your evil spirits) but I server Christ now ABOVE all."

- On February 10, 2025, defendant sent a threatening or harassing e-mail message to M.K. stating: "Now I see why you changed your name to Milord, you refuse to admit you're a Muslim (still that isn't a real name it's a British Title). You course me, the Judge, many of my attorneys and even your own client (not under the covenant of Abraham). Your people actively today torture and kill homosexuals (gays), Jews and Christians (Disciples pf Yeshua)."

- On February 16, 2025, defendant sent a threatening or harassing e-mail message to M.K. and others stating: "By the authority He has given me in His name Mattityahu 4:8-11,10:1, Yochanan 14:13, Lukas 9:1. I(herby rebuke these demonic 'spoken by Shaitan' who is the accuser of the brethren and seeks to destroy me Hisgalus 12:10, Yochanan 10:10 I command this to cease!"

- On March 18, 2025, defendant sent a threatening or harassing e-mail message to M.K. stating: "Why do you have 6 attorneys I have to CC? Is this your biggest multi-billion dollar case? I have reviewed ALL of your cases - terrible lousy 'bottom feeding nobodies' your Disney went no where. You are a low-level scum bag attorney who gets 'bottom feeding clients', why spend so much money on me? Unless it's personal??? You are 'poking the Lion'!"

- On March 18, 2025, defendant sent a threatening or harassing e-mail message to M.K. stating, among other things:

    a.    "Laws – your protection is useless!"

    b.    "Was it against the law to kill Lincoln? Was it against the law to kill Kennedy? Was it against the law to shoot Reagan?"

    c.    "And laws? You just go on and 'Keep poking the Lion' and make it so the Lion has nothing to live for and see what your judge can do for you. Are you in the witness protection program? I know for a fact you're not. I know a lot more than you think, you underestimate your enemy. Truth is you have no idea who or what I am, you have been mislead."

    d.    "You need to drop this case as it isn't about money, it's about life and death. FYI you're not getting into the 'witness protection program'.  I am not threatening you since my mother is still living.  I need to take care of her and get rid of you."

    e.    "Let's have a nice sit down dinner shall we? Let's discuss what the fuck you want Satan. Or come over my house, love to show you my AK-47s. Unlike YOU I live in AZ."

- On March 25, 2025, defendant sent a threatening or harassing e-mail message to M.K. stating: "No secret where you live and work. WTF are you gonna do? Have the SWAT team raid my house even though no one knows where I am? I know where you are!

Someone wants you, they will get you! . . . You and your fucking "poking the Lion". You think are are "immortal" why? BC you carry a hand gun? Fucking Armenian POS Let that idiot Judge turn it over, I could care less."

- On March 25, 2025, defendant sent a threatening or harassing e-mail message to M.K. stating: "For someone so 'smart' you have involved my mother. You seek me to go to jail and put her in a nursing home...I promise [I] will NOT let you harm her by taking me away...No one is as 'evil' as you are! You bypass Hitler. You came to my country and took over the system (typical Muslim 9-11)."

- On March 25, 2025, defendant sent a threatening or harassing e-mail message to M.K. stating: "We aren't in Armenia – you took over like ALL Muslims do. The Judge loves Muslim's? ...You people want to KILL Jews, you hate America! Regardless, my mother dies, I go to jail and get out. You do the math asshole!"

- On March 26, 2025, defendant sent a threatening or harassing e-mail message to M.K. stating: "See attached you crook!... Are you in the Armenian Mafia? Let me tell you about NJ and my Roman background and contracts some time. You put me in Jail (if you even can before I get to you first!) I will NOT be in there for life! When I get out – do the fucking math Hitler...Let's do it asshole! You think your top shit w/ your Muslim Armenian Mafia…I also need to file report about you Mafia activities, Laundering money, drugs, sex trafficking's etc don't I? You black mailed me and started all this shit…remember asshole?"

- On March 26, 2025, defendant sent a threatening or harassing e-mail message to M.K. stating: "NO one fucks w/ my mother! I will testify under oath I will kill ANYONE who does!"

- On March 26, 2025, defendant sent a video impersonating M.K. to M.K. which stated: "I'm a very gay, homosexual, shyster, attorney…You want a gay, homosexual, Armenian, crip like me…I will do anything to win, including: Blackmail, Lying, Misrepresenting law, Bribing judges to win my case…Please contact me at mylordlaw.com, especially if you are a good looking gay male homosexual between the ages of 12 and 14…my name is Lylord Kashishian…"

- On March 26, 2025, defendant sent a threatening or harassing e-mail message to M.K. stating: "I will kill you in a heart beat, and then save the last bullet for myself...I am NEVER going back to Jail you mutha fucker!!! NEVER!...I am NOT going down alone you fucking Armenian POS, if I can get to you first!...Death does NOT scare me...you ruined my life!...Don't think Justice is innocent, I am well trained, you will talk and take me to her if opportunity comes...I speak only death upon you and ALL your family!"

10

1

<u>SENTENCING FACTORS</u>

2    11.  Defendant understands that in determining defendant's

3 sentence the Court is required to calculate the applicable Sentencing

4 Guidelines range and to consider that range, possible departures

5 under the Sentencing Guidelines, and the other sentencing factors set

6 forth in 18 U.S.C. § 3553(a).  Defendant understands that the

7 Sentencing Guidelines are advisory only, that defendant cannot have

8 any expectation of receiving a sentence within the calculated

9 Sentencing Guidelines range, and that after considering the

10 Sentencing Guidelines and the other § 3553(a) factors, the Court will

11 be free to exercise its discretion to impose any sentence it finds

12 appropriate up to the maximum set by statute for the crimes of

13 conviction.

14    12.  Defendant and the USAO agree to the following applicable

15 Sentencing Guidelines factors:

16  Base Offense Level:          12     U.S.S.G. §§ 2A6.1(a)(1),

17                                      2X5.1, 2J1.1.

18  More than two threats:       +2     U.S.S.G. § 2A6.1(b)(2)(A)

19

20 Defendant and the USAO reserve the right to argue that additional

21 specific offense characteristics, adjustments, and departures under

22 the Sentencing Guidelines are appropriate.

23    13.  Defendant understands that there is no agreement as to

24 defendant's criminal history or criminal history category.

25    14.  Defendant and the USAO reserve the right to argue for a

26 sentence outside the sentencing range established by the Sentencing

27 Guidelines based on the factors set forth in 18 U.S.C. § 3553(a)(1),

28 (a)(2), (a)(3), (a)(6), and (a)(7).

1

<u>WAIVER OF CONSTITUTIONAL RIGHTS</u>

2      15.  Defendant understands that by pleading guilty, defendant

3  gives up the following rights:

4          a.   The right to persist in a plea of not guilty.

5          b.   The right to a speedy and public trial by jury.

6          c.   The right to be represented by counsel -- and if

7  necessary have the Court appoint counsel -- at trial.  Defendant

8  understands, however, that, defendant retains the right to be

9  represented by counsel -- and if necessary have the Court appoint

10 counsel -- at every other stage of the proceeding.

11         d.   The right to be presumed innocent and to have the

12 burden of proof placed on the government to prove defendant guilty

13 beyond a reasonable doubt.

14         e.   The right to confront and cross-examine witnesses

15 against defendant.

16         f.   The right to testify and to present evidence in

17 opposition to the charges, including the right to compel the

18 attendance of witnesses to testify.

19         g.   The right not to be compelled to testify, and, if

20 defendant chose not to testify or present evidence, to have that

21 choice not be used against defendant.

22         h.   Any and all rights to pursue any affirmative defenses,

23 Fourth Amendment or Fifth Amendment claims, and other pretrial

24 motions that have been filed or could be filed.

25             <u>WAIVER OF APPEAL OF CONVICTION</u>

26     16.  Defendant understands that, with the exception of an appeal

27 based on a claim that defendant's guilty pleas were involuntary, by

28 pleading guilty defendant is waiving and giving up any right to

12

appeal defendant's convictions on the offenses to which defendant is pleading guilty.  Defendant understands that this waiver includes, but is not limited to, arguments that the statute to which defendant is pleading guilty are unconstitutional, and any and all claims that the statement of facts provided herein is insufficient to support defendant's pleas of guilty.

<u>LIMITED MUTUAL WAIVER OF APPEAL OF SENTENCE</u>

17.  Defendant agrees that, provided the Court imposes a total term of imprisonment on all counts of conviction of no more than 21 months, defendant gives up the right to appeal all of the following: (a) the procedures and calculations used to determine and impose any portion of the sentence; (b) the term of imprisonment imposed by the Court; (c) the fine imposed by the Court, provided it is within the statutory maximum; (d) to the extent permitted by law, the constitutionality or legality of defendant's sentence; (e) the term of probation or supervised release imposed by the Court, provided it is within the statutory maximum; and (f) any of the following conditions of probation or supervised release imposed by the Court: the conditions set forth in Second Amended General Order 20-04 of this Court; the drug testing conditions mandated by 18 U.S.C. §§ 3563(a)(5) and 3583(d); the alcohol and drug use conditions authorized by 18 U.S.C. § 3563(b)(7); and any conditions of probation or supervised release agreed to by defendant in paragraph 2 above.

18.  The USAO agrees that, provided the Court imposes the conditions of supervised release agreed to in paragraph 2, the USAO gives up its right to appeal any portion of the sentence.

13

1

## WAIVER OF COLLATERAL ATTACK

2   19.  Defendant also gives up any right to bring a post-

3   conviction collateral attack on the convictions or sentence,

4   including any order of restitution, except a post-conviction

5   collateral attack based on a claim of ineffective assistance of

6   counsel, a claim of newly discovered evidence, or an explicitly

7   retroactive change in the applicable Sentencing Guidelines,

8   sentencing statutes, or statutes of conviction.  Defendant

9   understands that this waiver includes, but is not limited to,

10  arguments that the statute to which defendant is pleading guilty is

11  unconstitutional, and any and all claims that the statement of facts

12  provided herein is insufficient to support defendant's pleas of

13  guilty.

14

## RESULT OF WITHDRAWAL OF GUILTY PLEA

15  20.  Defendant agrees that if, after entering guilty pleas

16  pursuant to this agreement, defendant seeks to withdraw and succeeds

17  in withdrawing defendant's guilty pleas on any basis other than a

18  claim and finding that entry into this plea agreement was

19  involuntary, then (a) the USAO will be relieved of all of its

20  obligations under this agreement; and (b) should the USAO choose to

21  pursue any charge that was either dismissed or not filed as a result

22  of this agreement, then (i) any applicable statute of limitations

23  will be tolled between the date of defendant's signing of this

24  agreement and the filing commencing any such action; and

25  (ii) defendant waives and gives up all defenses based on the statute

26  of limitations, any claim of pre-indictment delay, or any speedy

27  trial claim with respect to any such action, except to the extent

28

14

that such defenses existed as of the date of defendant's signing this agreement.

EFFECTIVE DATE OF AGREEMENT

21.  This agreement is effective upon signature and execution of all required certifications by defendant, defendant's counsel, and an Assistant United States Attorney.

BREACH OF AGREEMENT

22.  Defendant agrees that if defendant, at any time after the signature of this agreement and execution of all required certifications by defendant, defendant's counsel, and an Assistant United States Attorney, knowingly violates or fails to perform any of defendant's obligations under this agreement ("a breach"), the USAO may declare this agreement breached.  All of defendant's obligations are material, a single breach of this agreement is sufficient for the USAO to declare a breach, and defendant shall not be deemed to have cured a breach without the express agreement of the USAO in writing. If the USAO declares this agreement breached, and the Court finds such a breach to have occurred, then: (a) if defendant has previously entered guilty pleas pursuant to this agreement, defendant will not be able to withdraw the guilty pleas, and (b) the USAO will be relieved of all its obligations under this agreement.

23.  Following the Court's finding of a knowing breach of this agreement by defendant, should the USAO choose to pursue any charge that was either dismissed or not filed as a result of this agreement, then:

a.  Defendant agrees that any applicable statute of limitations is tolled between the date of defendant's signing of this agreement and the filing commencing any such action.

15

b.   Defendant waives and gives up all defenses based on the statute of limitations, any claim of pre-indictment delay, or any speedy trial claim with respect to any such action, except to the extent that such defenses existed as of the date of defendant's signing this agreement.

c.   Defendant agrees that: (i) any statements made by defendant, under oath, at the guilty plea hearing (if such a hearing occurred prior to the breach); (ii) the agreed to factual basis statement in this agreement; and (iii) any evidence derived from such statements, shall be admissible against defendant in any such action against defendant, and defendant waives and gives up any claim under the United States Constitution, any statute, Rule 410 of the Federal Rules of Evidence, Rule 11(f) of the Federal Rules of Criminal Procedure, or any other federal rule, that the statements or any evidence derived from the statements should be suppressed or are inadmissible.

## COURT AND UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE NOT PARTIES

24.  Defendant understands that the Court and the United States Probation and Pretrial Services Office are not parties to this agreement and need not accept any of the USAO's sentencing recommendations or the parties' agreements to facts or sentencing factors.

25.  Defendant understands that both defendant and the USAO are free to: (a) supplement the facts by supplying relevant information to the United States Probation and Pretrial Services Office and the Court, (b) correct any and all factual misstatements relating to the Court's Sentencing Guidelines calculations and determination of

16

sentence, and (c) argue on appeal and collateral review that the Court's Sentencing Guidelines calculations and the sentence it chooses to impose are not error, although each party agrees to maintain its view that the calculations in paragraph 12 are consistent with the facts of this case.  While this paragraph permits both the USAO and defendant to submit full and complete factual information to the United States Probation and Pretrial Services Office and the Court, even if that factual information may be viewed as inconsistent with the facts agreed to in this agreement, this paragraph does not affect defendant's and the USAO's obligations not to contest the facts agreed to in this agreement.

26.  Defendant understands that even if the Court ignores any sentencing recommendation, finds facts or reaches conclusions different from those agreed to, and/or imposes any sentence up to the maximum established by statute, defendant cannot, for that reason, withdraw defendant's guilty pleas, and defendant will remain bound to fulfill all defendant's obligations under this agreement.  Defendant understands that no one -- not the prosecutor, defendant's attorney, or the Court -- can make a binding prediction or promise regarding the sentence defendant will receive, except that it will be within the statutory maximum.

NO ADDITIONAL AGREEMENTS

27.  Defendant understands that, except as set forth herein, there are no promises, understandings, or agreements between the USAO and defendant or defendant's attorney, and that no additional promise, understanding, or agreement may be entered into unless in a writing signed by all parties or on the record in court.

//

17

1          <u>PLEA AGREEMENT PART OF THE GUILTY PLEA HEARING</u>

2          28.   The parties agree that this agreement will be considered

3    part of the record of defendant's guilty plea hearing as if the

4    entire agreement had been read into the record of the proceeding.

5    AGREED AND ACCEPTED

6    UNITED STATES ATTORNEY'S OFFICE
     FOR THE CENTRAL DISTRICT OF
7    CALIFORNIA

8    BILAL A. ESSAYLI
     United States Attorney

9

10   *Max A. Shapiro*                          06/23/2025
     _____          _____
11   MAX A. SHAPIRO                            Date
     Assistant United States Attorney

12                                             06-20-2025
     _____          _____
13   EDWARD HELDMAN III                        Date
     Defendant
14   *Meir Westreich*                    06-20-25
     _____          _____
15   MEIR J. WESTREICH                         Date
     Attorney for Defendant EDWARD
16   HELDMAN III

17

18                    <u>CERTIFICATION OF DEFENDANT</u>

19          I have read this agreement in its entirety.  I have had enough

20   time to review and consider this agreement, and I have carefully and

21   thoroughly discussed every part of it with my attorney.  I understand

22   the terms of this agreement, and I voluntarily agree to those terms.

23   I have discussed the evidence with my attorney, and my attorney has

24   advised me of my rights, of possible pretrial motions that might be

25   filed, of possible defenses that might be asserted either prior to or

26   at trial, of the sentencing factors set forth in 18 U.S.C. § 3553(a),

27   of relevant Sentencing Guidelines provisions, and of the consequences

28   of entering into this agreement.  No promises, inducements, or

                                    18

representations of any kind have been made to me other than those
contained in this agreement.  No one has threatened or forced me in
any way to enter into this agreement.  I am satisfied with the
representation of my attorney in this matter, and I am pleading
guilty because I am guilty of the charges and wish to take advantage
of the promises set forth in this agreement, and not for any other
reason.

_____          06-20-2025
                                          _____
EDWARD HELDMAN III                        Date
Defendant


CERTIFICATION OF DEFENDANT'S ATTORNEY

     I am EDWARD HELDMAN III's attorney.  I have carefully and
thoroughly discussed every part of this agreement with my client.
Further, I have fully advised my client of his rights, of possible
pretrial motions that might be filed, of possible defenses that might
be asserted either prior to or at trial, of the sentencing factors
set forth in 18 U.S.C. § 3553(a), of relevant Sentencing Guidelines
provisions, and of the consequences of entering into this agreement.
To my knowledge: no promises, inducements, or representations of any
kind have been made to my client other than those contained in this
agreement; no one has threatened or forced my client in any way to
enter into this agreement; my client's decision to enter into this
agreement is an informed and voluntary one; and the factual basis set

forth in this agreement is sufficient to support my client's entry of

guilty pleas pursuant to this agreement.

_Meir Westreich_
_____    06/20/25
MEIR J. WESTREICH                       _____
Attorney for Defendant EDWARD           Date
HELDMAN III

Exhibit

A

1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11   UNITED STATES OF AMERICA,          CR No.

12            Plaintiff,                I N F O R M A T I O N

13            v.                        [18 U.S.C. § 401(3): Criminal
                                        Contempt]
14   EDWARD HELDMAN III,

15            Defendant.

16

17        The United States Attorney charges:

18                      [18 U.S.C. § 401(3)]

19                  COUNTS ONE THROUGH SIXTEEN

20        Beginning no later than on or about November 16, 2024, and

21   continuing through on or about March 26, 2025, defendant EDWARD

22   HELDMAN III, knowing that there were clear and definite court orders

23   issued by the United States District Court in the Central District of

24   California in Beyond Blonde Productions, LLC v. Edward Heldman III,

25   et al., Case No. 20-cv-5581-DSF (GJSx), namely, orders dated June 17,

26   2022 and March 25, 2024, willfully disobeyed those orders when he

27   sent the following threatening or harassing emails to M.K. and others

28   at M.K.'s law firm in Los Angeles County, within the Central District

of California:

| COUNT | DATE | DESCRIPTION |
|-------|------|-------------|
| ONE | 11/16/2024 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. stating: "Your retaliation was not the surprise of the century, a man is who lead by Satan will not change unless my God decides to do so.  When you die, if in sin, you face a greater punishment than I can ever give you. . . . You persecute me, you seek to destroy me, you follow your father the Devil." |
| TWO | 2/5/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. and others stating: "You claim you're a Muslim (never even knew you had a religion, as pointed out in prior witnessing for Christ emails) rejecting Christ? We are NOT the ones who kill homosexuals – maybe you should tell your clients what your people practice." |
| THREE | 2/5/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. and others stating: "You want my companies, you want me penniless person homeless, destroyed and to die. You pray to your god to kill me. Yet I am to believe this email was sent by the most evil person (so much I compared to the Nazis) that I have encountered in my 52 years? Psalm 71 speaks the prophecy of what will happen if you continue to challenge my God and me who is in Him. You cannot defeat my God, for he has eyes and can see and ears that can hear and a mouth that could speak and created both you and I.  If not for my God, you would have no authority over me. It was given to you from above that you may hear the words of Christ which you reject, but now you have no excuse the day you go before Him that you've never heard His words.  Christians were burned alive as human torches by Nero, Fed to Lions, Jews were gassed and both horribly tortured. I am far from afraid of you. You are a mortal man who has been given NO authority to take my life! . . . This reply you sent me is a sham, clearly a lie and just an excuse that you sent this email toward me about some how helping me, with a warning about filing. Do you wish to have a debate about the true God, my God versus your god ? We can't, because your god will not and cannot win. You will see all of this come to pass at the end of this case, which won't last as long as you think it will." |

| FOUR | 2/10/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. stating, among other things: |
|---|---|---|
| | | a. "You really ARE Roy Cohn" |
| | | b. "FYI Meir is right Cohn was gay and Jewish. He changed his name to make it NOT Jewish, sound familiar? (Changing name to NOT sound Muslim?) FYI no Muslims or Armenians nae their kids 'Milord' (pronounced mi 'lord a British title) even worse no one even had that name because they know it's a title. An Armenian Muslims would not – were you even born here? Ottoman Empire etc. Obviously if the Judge and your Gay Clients knew this – things would not be good, would the Otherwise why hide it?" |
| | | c. "I can hire and pay a PI to get to the bottom of this and legally and freely expose you. Remember I am AN American under my country – not yours!" |
| | | d. "I know this will ALL come out in court knowing you w/bogus sanctions, I am attacking Muslims now right? WRONG! I am witnessing for Yeshua and exposing you for a fraud. Did your father or mother name you 'Milord'? You've been a witness so I have the right to depo you too!" |
| FIVE | 2/10/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. stating: "FYI I do love you Milord (not your real name) and I pray for you. One day I truly believe Christ will reveal Himself to you just as He did to me, one who's ancestors had Him killed[.] . . . Your religion is wrong and your prophet is dead like all cults, false teacher and prophets. See Galatians 1:6-12. I of all I am the lowest part of His body but yet he chose me. You're right I am scum, an alcoholic etc. (those your lies come from Shaitan (Satan) and your evil spirits) but I server Christ now ABOVE all." |
| SIX | 2/10/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. stating: "Now I see why you changed your name to Milord, you refuse to admit you're a Muslim (still that isn't a real name it's a British Title). You course me, the Judge, many of my attorneys and even your own client (not under the covenant of Abraham). Your people actively today torture and kill homosexuals |

| | | |
|---|---|---|
| | | (gays), Jews and Christians (Disciples pf Yeshua)." |
| SEVEN | 2/16/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. and others stating: "By the authority He has given me in His name Mattityahu 4:8-11,10:1, Yochanan 14:13, Lukas 9:1. I(herby rebuke these demonic 'spoken by Shaitan' who is the accuser of the brethren and seeks to destroy me Hisgalus 12:10, Yochanan 10:10 I command this to cease!" |
| EIGHT | 3/18/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. stating: "Why do you have 6 attorneys I have to CC? Is this your biggest multi-billion dollar case? I have reviewed ALL of your cases - terrible lousy 'bottom feeding nobodies' your Disney went no where. You are a low-level scum bag attorney who gets 'bottom feeding clients', why spend so much money on me? Unless it's personal??? You are 'poking the Lion'!" |
| NINE | 3/18/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. stating, among other things:<br><br>a. "Laws - your protection is useless!"<br><br>b. "Was it against the law to kill Lincoln? Was it against the law to kill Kennedy? Was it against the law to shoot Reagan?"<br><br>c. "And laws? You just go on and 'Keep poking the Lion' and make it so the Lion has nothing to live for and see what your judge can do for you. Are you in the witness protection program? I know for a fact you're not. I know a lot more than you think, you underestimate your enemy. Truth is you have no idea who or what I am, you have been mislead."<br><br>d. "You need to drop this case as it isn't about money, it's about life and death. FYI you're not getting into the 'witness protection program'.  I am not threatening you since my mother is still living.  I need to take care of her and get rid of you."<br><br>e. "Let's have a nice sit down dinner shall we? Let's discuss what the fuck you want Satan. Or come over my house, love to show you my AK-47s. Unlike YOU I live in AZ." |

4

| | TEN | 3/25/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. stating: "No secret where you live and work. WTF are you gonna do? Have the SWAT team raid my house even though no one knows where I am? I know where you are! Someone wants you, they will get you! . . . You and your fucking "poking the Lion". You think are are "immortal" why? BC you carry a hand gun? Fucking Armenian POS Let that idiot Judge turn it over, I could care less." |
|---|---|---|---|
| | ELEVEN | 3/25/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. stating: "For someone so 'smart' you have involved my mother. You seek me to go to jail and put her in a nursing home...I promise [I] will NOT let you harm her by taking me away...No one is as 'evil' as you are! You bypass Hitler. You came to my country and took over the system (typical Muslim 9-11)." |
| | TWELVE | 3/25/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. stating: "We aren't in Armenia – you took over like ALL Muslims do. The Judge loves Muslim's? ...You people want to KILL Jews, you hate America! Regardless, my mother dies, I go to jail and get out. You do the math asshole!" |
| | THIRTEEN | 3/26/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. stating: "See attached you crook!... Are you in the Armenian Mafia? Let me tell you about NJ and my Roman background and contracts some time. You put me in Jail (if you even can before I get to you first!) I will NOT be in there for life! When I get out – do the fucking math Hitler...Let's do it asshole! You think your top shit w/ your Muslim Armenian Mafia…I also need to file report about you Mafia activities, Laundering money, drugs, sex trafficking's etc don't I? You black mailed me and started all this shit…remember asshole?" |
| | FOURTEEN | 3/26/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. stating: "NO one fucks w/ my mother! I will testify under oath I will kill ANYONE who does!" |
| | FIFTEEN | 3/26/2025 | Defendant HELDMAN III sent a video impersonating M.K. to M.K. stating:  "I'm a very gay, homosexual, shyster, attorney…You want a gay, homosexual, Armenian, crip like me…I will do anything to win, including: Blackmail, Lying, Misrepresenting law, Bribing judges to win my case…Please contact |

| | | me at mylordlaw.com, especially if you are a good looking gay male homosexual between the ages of 12 and 14…my name is Lylord Kashishian…" |
|---|---|---|
| SIXTEEN | 3/26/2025 | Defendant HELDMAN III sent a threatening or harassing e-mail message to M.K. stating: "I will kill you in a heart beat, and then save the last bullet for myself...I am NEVER going back to Jail you mutha fucker!!! NEVER!...I am NOT going down alone you fucking Armenian POS, if I can get to you first!...Death does NOT scare me...you ruined my life!...Don't think Justice is innocent, I am well trained, you will talk and take me to her if opportunity comes...I speak only death upon you and ALL your family!" |

BILAL A. ESSAYLI
United States Attorney


CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

MAX A. SHAPIRO
Assistant United States Attorney
General Crimes Section