BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KALI M. YALLOURAKIS (Cal. Bar No. Pending)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2426
     Facsimile: (213) 894-0141
     E-mail:    kali.yallourakis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00540-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S POSITION REGARDING COMPETENCY EXPERTS |
| v. | |
| EDWARD HELDMAN III, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Kali M. Yallourakis, files its position regarding experts for defendant's competency evaluation.

//

//

The government does not intend to have its own psychiatric expert, but rather has no objection to defense's expert, Dr. Marku, opining on defendant's mental competency and medical conditions.

Dated: November 6, 2025               Respectfully submitted,

                                      BILAL A. ESSAYLI
                                      First Assistant United States Attorney

                                      ALEXANDER B. SCHWAB
                                      Assistant United States Attorney
                                      Acting Chief, Criminal Division


                                         */s/ Kali M. Yallourakis*
                                      KALI M. YALLOURAKIS
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA